DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEAN ZEHNTER,**
Appellant,

v.

**DYANKI, INC.,** f/k/a **MORSE ZEHNTER ASSOCIATES** and
**MORSE ZEHNTER LLC,**
Appellees.

No. 4D18-450

[May 16, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 2014CA006842AA.

Alan P. Dagen of The Law Offices of Alan Dagen, P.A., Weston, for appellant.

John D. Boykin of Ciklin Lubitz, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***